MICHAEL ZAPARYNIUK ET AL.
*vs.*
JAMES M. COMCOWICH, ADMR.
(Estate of Katherine Klimkowski) ET ALS.

Superior Court        New Haven County        File No. 60849

MEMORANDUM FILED SEPTEMBER 30, 1941.

*Lyman H. Steele,* of New Haven, for the Plaintiffs.

*Thomas R. Robinson,* and *Robert H. Alcorn,* of New Haven, for the Defendants.

DICKENSON, J. While paragraph one sufficiently alleges a consideration this does not bar the defendant from asking its particular nature. One of the expressed purposes of the statute (Gen. Stat. [1930] §5513) is to provide for "fuller and more particular statements."

The motion is granted.